# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

IPVX PATENT HOLDINGS, INC. A/K/A §
KLAUSNER TECHNOLOGIES, INC., §
§
Plaintiff, §      Civil Action No. 6:11-cv-584-JDL
§
§      JURY TRIAL DEMANDED
v. §
§
§
VOICE CARRIER, INC. §
§
Defendant. §

## FINAL JUDGMENT

Pursuant to the Agreed Motion to Dismiss with Prejudice filed by Plaintiff IPVX Patent Holdings, Inc. ("IPVX") and Defendant Voice Carrier, Inc. ("Voice") (6:11-cv-568, Doc. No. 136), the Court hereby enters Final Judgment.

IT IS ORDERED, ADJUDGED and DECREED that the parties take nothing and that all pending motions are DENIED AS MOOT.  All costs are to be borne by the party that incurred them.

It is further ORDERED, ADJUDGED and DECREED that all claims between IPVX and Voice are DISMISSED with prejudice in their entirety.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 13th day of May, 2014.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE